IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP., and WILLIAM T. FINNERAN.<br><br>      Defendants. | Case No. 1:19-cv-10556 |

**DEFENDANT SUNPATH, LTD.'S CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)**

Pursuant to L.R. 16.1(d)(3), Defendants SunPath Ltd. and Andrew Garcia and their undersigned counsel affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Date: August 12, 2019

Counsel for SunPath Ltd.
and Andrew Garcia

 /s/ Lawren A. Zann
Beth-Ann E. Krimsky
(*Pro Hac Vice Admission*)
beth-ann.krimsky@gmlaw.com
Lawren A. Zann
(*Pro Hac Vice Admission*)
lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027

40991059v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this L.R. 16.1 Certification has been filed through the CM/ECF system on August 12, 2019, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                                    */s/ Lawren A. Zann*
                                                    Lawren A. Zann

40991059v1