IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated, | : : : |
| Plaintiff, | : Case No. 1:19-cv-10556-TSH : |
| v. | : : : |
| SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP, and WILLIAM T. FINNERAN | : : : |
| Defendants. | : : : |

## JOINT MOTION TO STAY

Plaintiff Derek Jackson ("Plaintiff") and Defendants SunPath, Ltd. ("SunPath"), Andrew Garcia ("Mr. Garcia"), National Auto Protection Corp. ("NAPC") and William T. Finneran ("Mr. Finneran") (collectively referred to as the "Defendants") (together with Plaintiff, the "Parties"), file this Joint Motion to Stay consistent with the Joint Statement submitted pursuant to Rule 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1 (ECF No. 33).

Plaintiff has brought this action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, a federal statute enacted in response to widespread public outrage about the proliferation of intrusive, nuisance telemarketing practices. *See Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 745 (2012). Plaintiff alleges that Defendants violated the TCPA by making unsolicited and automated telemarketing calls, or by the fact that others did so on their

40993403v1

behalf. Plaintiff seek to represent a class of similarly situated individuals who were sent similar telemarketing calls from, or on behalf of, Defendants. The Plaintiff's putative class period is for any calls that were sent within four years prior to the filing of the Complaint through the date of class certification.

Defendants deny the allegations set forth in Plaintiff's Complaint, including Plaintiff's entitlement to damages, and dispute the contentions raised therein.  Among other denials and defenses, Defendants assert Plaintiff, either expressly, implicitly, or by third parties, consented to receive telephonic communications.  Defendants deny making the alleged outbound call to Plaintiff.  NAPC denies that any calls made to Plaintiff by a third party were made on its behalf. SunPath denies that any calls made to Plaintiff by a third party, or to the extent proven, any calls made by NAPC, were made on SunPath's behalf.  Defendants' further deny the use of a prerecorded message for automatic telephone dialing system, as defined by the TCPA, to call Plaintiff.  Defendants also deny that any proven violations were willful violations.

The parties direct this Court's attention to another pending putative class action in this District, Case 4:17-cv-40169-TSH, *John Heaton and Christopher Horigan v. Motor Vehicle Assurance, National Auto Protection Corp., and Sunpath, Ltd.*  The parties request that this case, including discovery, which was filed after the *Heaton/Horigan* case was filed, be stayed until the earlier of (i) dismissal of the *Heaton/Horigan* case with prejudice or (ii) a court determination, if any, of class certification in the *Heaton/Horigan* case.

WHEREFORE, the Parties jointly request the stay described above.

PLAINTIFF,
By his attorneys,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Counsel for National Auto Protection Corp. and William T Finneran

*/s/ Genevieve C. Bradley*
Genevieve C. Bradley
Pro Hac Vice (Va State Bar No. 83325)
Mitchell N. Roth
Pro Hac Vice (Va. State Bar No. 35863)
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22102
703-485-3535 (direct dial)
703-485-3525 (fax)
mroth@rothjackson.com
gbradley@rothjackson.com

Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000 (direct dial)
617-213-7001 (fax)


Counsel for SunPath Ltd.
and Andrew Garcia

 */s/ Lawren A. Zann*
Beth-Ann E. Krimsky
(*Pro Hac Vice Admission*)
beth-ann.krimsky@gmlaw.com
Lawren A. Zann
(*Pro Hac Vice Admission*)

40993403v1

lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027