**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated, | : : : |
| Plaintiff, | : : Case No. 1:19-cv-10556-TSH |
| v. | : : : : |
| SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP, and WILLIAM T. FINNERAN | : : : : |
| Defendants. | : : : / |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL**

Mitchell N. Roth and Genevieve C. Bradley from the law firm Roth Jackson and Andrew M. Schneiderman from the law firm Hinshaw & Culbertson LLP (collectively "Counsel"), counsel for Defendant National Auto Protection Corp. ("NAPC"), hereby submit their Memorandum in Support of their Motion to Withdraw as Counsel pursuant to Local Rule 83.5.2(c)(2) and state as follows:

**I.    STATEMENT OF RELEVANT FACTS**

1.    NAPC retained Counsel to represent it in this lawsuit in which Plaintiff Jackson has sued NAPC for alleged violations of the Telephone Consumer Protection Act.

2.    Without breaching Counsel's confidentiality obligations to NAPC, NAPC has instructed Counsel to cease performing additional services on its behalf and to withdraw from this case.  NAPC also terminated Counsel's engagement in this matter.

3. The instruction from the NAPC also follows a breakdown in the attorney-client relationship which makes it impossible for Counsel to continue their representation of the client and to adequately prepare for and defend the client at the trial.

4. This Motion to Withdraw only pertains to Counsel's withdrawal of representation of NAPC. Counsel also represent Defendant William T. Finneran in this matter, and will continue to do so.

5. No trial date has been set.

**II.     LEGAL STANDARD**

In this Court, "[a]n attorney may seek leave of court to withdraw his or her appearance for good cause shown." Local Rule 83.5.2(c). Moreover, the Massachusetts Rules of Professional Conduct require counsel to withdraw from the representation of a client if the attorney is discharged. ("Except as stated in paragraph (c), a lawyer shall not represent aa client or, where representation has commenced, shall withdraw from the representation of a client if: . . . (3) the lawyer is discharged"). Mass. R. Prof. Conduct 1.16(a)(3).[1]

**III.    ARGUMENT**

Good cause exists for this Court to permit Counsel to withdraw their appearances. Because confidentiality obligations prevent Counsel from providing substantive factual support for this Motion at present, Counsel represents simply that they have been instructed to withdraw and that there has been a breakdown in the attorney-client relationship which makes it impossible for counsel to continue its representation of its client and to adequately prepare for and defend its client at the trial. Furthermore, counsel has been advised that NAPC has ceased business

---

[1] Paragraph (c) requires a lawyer to obtain a tribunal's permissions before withdrawing if so required by the tribunal. Mass. R. Prof. Conduct 1.16(c). Counsel files this motion for the purpose of seeking this Court's permission.

operations and will be dissolving. Defendant National Auto Protection Corp. is aware that prior to any dissolution, it must retain new counsel to continue litigating its defense in this case.

## IV. CONCLUSION

WHEREFORE, Counsel request that this Court grant their Motion to Withdraw as Counsel for Defendant National Auto Protection Corp., strike their respective appearances, and for such further relief as this Court deems necessary.

Respectfully submitted,

NATIONAL AUTO PROTECTION CORP
By Counsel

*/s/ Genevieve C. Bradley*

| | |
|---|---|
| Andrew M. Schneiderman, BBO #666252 | Genevieve C. Bradley, *Admitted Pro Hac Vice* |
| HINSHAW & CULBERTSON LLP | ROTH JACKSON |
| 53 State Street, 27th Floor | 8200 Greensboro Dr., Ste. 820 |
| Boston, MA 02109 | McLean, VA 22102 |
| 617-213-7000 (direct dial) | Tel: 703 485-3531/Fax: 703-485-3525 |
| 617-213-7001 (fax) | Email: gbradley@rothjackson.com |

Mitchell N. Roth, *Admitted Pro Hac Vice*
ROTH JACKSON
8200 Greensboro Dr., Ste. 820
McLean, VA 22102
Tel: 703 485-3536/Fax: 703-485-3525
Email: mroth@rothjackson.com

Dated:      September 13, 2019

## **CERTIFICATE OF SERVICE**

  I, Genevieve C. Bradley, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

             */s/ Genevieve C. Bradley*
             Genevieve C. Bradley