IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP, and WILLIAM T. FINNERAN<br><br>Defendants. | Case No. 1:19-cv-10556-TSH |

## PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff Derek Jackson ("Plaintiff") files this motion to lift the Court's August 2019 stay of this matter now that the potentially overlapping putative class action lawsuit pending before this Court, *John Heaton and Christopher Horigan v. Motor Vehicle Assurance, National Auto Protection Corp., and Sunpath, Ltd*, Civil Action No. 4:17-cv-40169-TSH, had a Final Approval Order and Judgment entered on June 9, 2020. Now this lawsuit should resume.

In further support of this motion, the Plaintiff states:

1. Plaintiff has brought this action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, a federal statute enacted in response to widespread public outrage about the proliferation of intrusive, nuisance telemarketing practices. *See Mims v. Arrow Fin. Servs., LLC,* 132 S. Ct. 740, 745 (2012).

2. Plaintiff alleges that Defendants violated the TCPA by making unsolicited and automated telemarketing calls, or by the fact that others did so on their behalf.

3. The *Heaton* matter addressed an overlap of some of the issues present in this lawsuit.

4. As such, the parties filed a Joint Motion to Stay this Case on August 12, 2019.

5. In that motion, the parties requested that the stay continue until "the earlier of (i) dismissal of the *Heaton/Horigan* case with prejudice or (ii) a court determination, if any, of class certification in the *Heaton/Horigan* case." *Id.*

6. On August 13, 2019, the Court entered an Order staying this case. *See* ECF No. 37.

7. On June 9, 2020, this Court granted Final Approval of a Class Action Settlement in the *Heaton/Horigan* case and entered a Final Approval Order and Judgment that same day. *See* ECF No. 119, Civil Action No. 4:17-cv-40169.

8. As such, there has been "dismissal of the *Heaton/Horigan* case with prejudice", which the parties recognized would be an event where this case should resume.

## LOCAL RULE 7.1 CERTIFICATION

The Plaintiff attempted to confer with counsel for the defendants regarding this motion on July 11, 2020. The defendants have not indicated whether they consent to the relief sought.

## CONCLUSION

WHEREFORE, the Plaintiff requests that the stay be lifted and this litigation resume.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com

        Alex M. Washkowitz
        Jeremy Cohen
        CW Law Group, P.C.
        188 Oaks Road
        Framingham, MA 01701
        alex@cwlawgrouppc.com

        *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

        */s/ Anthony I. Paronich*
        Anthony I. Paronich