UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP., and WILLIAM T. FINNERAN,<br><br>       Defendants. | Civil Action No. 1:19-cv-10556-TSH |

### DEFENDANT SUNPATH, LTD. AND ANDREW GARCIA'S
### <u>ASSENTED-TO REQUEST TO CONTINUE HEARING DATE</u>

Defendants SunPath, Ltd., and Andrew Garcia, by and through their undersigned counsel, respectfully request that this Court continue the motion hearing on Plaintiff's Motion to Set Aside Order on Motion to Stay – which is currently set for October 1, 2020 – to one of the following dates: **<u>October 8, 14, or 15, 2020</u>**.

The Court set the motion date by a notice issued September 3, 2020 (Dkt. # 51).

As grounds for this motion (the "Motion"), Defendants SunPath, Ltd., and Andrew Garcia assert that a short continuance of the motion hearing is required to accommodate the schedule of Defendant SunPath, Ltd., and Andrew Garcia's lead counsel, who has a conflicting hearing in another court on that date.

Counsel for all affected parties have conferred, and they have confirmed that the following dates are currently available for a motion hearing: **<u>October 8, 14, and 15, 2020</u>**.

No party will be prejudiced if this Motion is allowed.  Indeed, Plaintiff has assented to this Motion.

**WHEREFORE**, Defendants SunPath, Ltd., and Andrew Garcia respectfully request that

the Court allow this Motion and reschedule the scheduling conference (currently set for October

1, 2020) for one of the dates requested above.

Dated: September 14, 2020                    Respectfully submitted,

                                             SUNPATH, LTD., and ANDREW GARCIA

                                             By their attorneys,

                                             */s/ Stephen D. Riden*
                                             Stephen D. Riden, BBO No. 644451
                                             sriden@beckreed.com
                                             BECK REED RIDEN LLP
                                             155 Federal St., Suite 1302
                                             Boston, MA 02110
                                             Tel: (617) 500-8660
                                             Fax: (617) 500-8665

                                             Beth-Ann E. Krimsky
                                             *(Pro Hac Vice Admission)*
                                             beth-ann.krimsky@gmlaw.com
                                             Lawren Zann
                                             *(Pro Hac Vice Admission)*
                                             lawren.zann@gmlaw.com
                                             GREENSPOON MARDER LLP
                                             200 East Broward Blvd, Suite 1800
                                             Fort Lauderdale, FL 33309
                                             Tel: (954) 527-2427
                                             Fax: (954) 333-4027

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion has been filed through the CM/ECF system on September 14, 2020, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                             */s/ Stephen D. Riden*
                                             Stephen D. Riden

## **L.R. 7.1(a)(2) CERTIFICATE**

I certify pursuant to Local Rule 7.1(a)(2) that, on September 10 & 14, 2020, counsel for the parties conferred by email and attempted in good faith to resolve or narrow the issues presented by this Motion.  Plaintiff's counsel has indicated that Plaintiff assents to the relief requested in this Motion.

*/s/ Stephen D. Riden*