IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated, | : : : |
| Plaintiff, | : : Case No. 1:19-cv-10556-TSH |
| v. | : : : |
| SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP, and WILLIAM T. FINNERAN | : : : : |
| Defendants. | : : : / |

## STIPULATION OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Plaintiff hereby voluntarily dismiss all of his claims against the defendant with prejudice, each party to pay their own costs. The putative class claims are dismissed without prejudice.

Dated: March 22, 2021          Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

/s/ Andrew M. Schneiderman
Andrew M. Schneiderman, BBO # 666252
O'HAGAN MEYER, PLLC
111 Huntington Avenue, Suite 2860
Boston, MA 02199
Telephone: (617) 843-6800
Fax: (617) 843-6810
aschneiderman@ohaganmeyer.com
*Attorneys for William Finneran*

/s/ Lawren A. Zann
Beth-Ann E. Krimsky
(*Pro Hac Vice Admission*)
beth-ann.krimsky@gmlaw.com
Lawren A. Zann
(*Pro Hac Vice Admission*)
lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 22nd day of March, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich
Anthony I. Paronich

1