IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK JACKSON on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPATH, LTD., ANDREW GARCIA, NATIONAL AUTO PROTECTION CORP, and WILLIAM T. FINNERAN<br><br>Defendants. | Case No. 1:19-cv-10556-TSH |

## NOTICE OF DISMISSAL

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismiss all of his claims against National Auto Protection Corp. with prejudice, each party to pay their own costs. The putative class claims are dismissed without prejudice.

Dated: March 25, 2021

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 25th day of March, 2021 on all counsel of record via the Court's CM/ECF system.

/s/ Anthony I. Paronich
Anthony I. Paronich